In the Matter of the Claim of MABEL KRETCHMER et al., Respondents, against MONROE UNION OIL COMPANY, INC.; GUARDIAN CASUALTY COMPANY, Respondent, and LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

In the Matter of the Claim of ELLA ROWITZ et al., Respondents, against MONROE UNION OIL COMPANY, INC.; GUARDIAN CASUALTY COMPANY, Respondent, and LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 10, 1933; decided April 18, 1933.)

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 276.)

THE TOWN OF BROOKHAVEN, Appellant, *v.* CHARLES J. WILLIAMSON et al., Respondents.

(Argued April 10, 1933; decided April 18, 1933.)

*Guy O. Walser* for motion.
*Joseph M. Mesnig* opposed.
Motion denied, with ten dollars costs.